

# Fourth Court of Appeals
## San Antonio, Texas

## MEMORANDUM OPINION

No. 04-23-00576-CV

**IN THE GUARDIANSHIP OF JAVIER J. TREVINO**, an Incapacitated Person

From the County Court at Law No. 2, Webb County, Texas
Trial Court No. 2022PB6000079-L2
Honorable Victor Villarreal, Judge Presiding

PER CURIAM

Sitting:  Luz Elena D. Chapa, Justice
     Irene Rios Justice
     Beth Watkins, Justice

Delivered and Filed: December 6, 2023

MOTION TO DISMISS GRANTED; APPEAL DISMISSED

Appellant filed an unopposed motion to dismiss this appeal stating the parties have settled the dispute between them. She therefore requests we dismiss the appeal with all costs being borne by the party that incurred them. *See* TEX. R. APP. P. 42.1(a)(1). We grant the motion, dismiss the appeal, and order all costs taxed against the party incurring the same. *See id*. R. 42.1(d).

PER CURIAM